UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80215-CIV-ZLOCH

BRENDA DENISE LANE, and all
similarly individuals,

    Plaintiff,

vs.                                          O R D E R

MARRIOTT'S HOME CARE, INC., a
Florida corporation,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Mediator's Report (DE 21) filed herein by Plaintiff Brenda Denise Lane. The Court has carefully reviewed said Report and the entire court file and is otherwise fully advised in the premises.

    The instant Mediator's Report (DE 21), filed on December 11, 2007, states that an agreement was reached between the Parties. By prior Order (DE 9), the Parties were directed to inform the Court if a settlement was reached and to file a Stipulation Of Dismissal within ten (10) days of such notification. DE 9, ¶ 16. As of the date of this Order, no such Stipulation Of Dismissal has been filed.

    The Court notes that it may approve the Parties' settlement and dismiss the above-styled cause only "after scrutinizing the settlement for fairness." <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1353 (11th Cir. 1982). To aid the Court in making said fairness determination, the Court hereby directs the

Parties to either file with the Clerk of this Court or submit directly to the chambers of the undersigned a Memorandum addressing the issues set forth below.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That by <u>noon</u> on <u>Friday, January 4, 2008</u>, the Parties shall file with the Clerk of this Court or submit to the chambers of the undersigned a joint Memorandum addressing the following:

   a. The total recovery Plaintiff would be entitled to if she were successful on all legitimate claims alleged;

   b. Whether the amount of attorney's fees set forth in the settlement reflects the full satisfaction of all monies owed to Plaintiff's counsel;

   c. Whether the Parties are satisfied that the settlement does not involve coercion, collusion, or undue influence; and

2. That pursuant to Federal Rule of Civil Procedure 41(a)(1) the Parties shall file a Joint Stipulation Of Dismissal by <u>noon</u> on <u>Friday, January 4, 2008</u>.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of December, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record